*Judge Berman*

Andrew S. Langsam
Colleen E. Parker
PRYOR CASHMAN LLP
410 Park Avenue, 10th Floor
New York, New York 10022
(212) 421-4100

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK



'08 CIV 6408

RECEIVED
JUL 17 2008
U.S.D.C. S.D. N.Y.
CASHIERS

BATTAT INCORPORATED,

                    Plaintiff,

-against-

LAKESHORE EQUIPMENT CO., d/b/a
LAKESHORE LEARNING MATERIALS

                    Defendant.

08 Civ. _____

**RULE 7.1 STATEMENT**

     Pursuant to Federal Rules of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Battat Inc. (a private non-governmental party) certifies that said party has no corporate parents, affiliates or subsidiaries which are publicly held.

Dated: New York, New York
       July 17, 2008

By: _____
     Andrew S. Langsam