UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BATTAT INCORPORATED, | CASE NO. 08 CIV 6408 RMB |
| Plaintiff, | |
| v. | **RULE 7.1(a) DISCLOSURE STATEMENT** |
| LAKESHORE EQUIPMENT CO., d/b/a LAKESHORE LEARNING MATERIALS, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 7.1, the undersigned, counsel for Defendant Lakeshore

Equipment Co., d/b/a Lakeshore Learning Materials ("Lakeshore") certifies that Lakeshore is a

privately help company with no corporate parent and that Lakeshore has no affiliates or

subsidiaries which are publicly held.

DATED:    New York, New York
          August 7, 2008

MITCHELL SILBERBERG & KNUPP LLP

By: _Jane G. Stevens_

Paul V. LiCalsi (PL 6622)
Jane G. Stevens (JS 5869)
12 East 49th Street, 30th Floor
New York, New York 10017
Telephone: (212) 509-3900
Facsimile: (917) 546-7677

-and-

Karin G. Pagnanelli
Betsy A. Zedek
11377 West Olympic Boulevard
Los Angeles, California 90064
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

*Attorneys for Defendant and Counterclaim-Plaintiff*
*Lakeshore Equipment Co., d/b/a Lakeshore Learning*
*Materials*

2