

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
BATTAT INCORPORATED,

        Plaintiff(s),                      Index No. 08 CIV 6408

     -against-                          AFFIDAVIT OF SERVICE

LAKESHORE EQUIPMENT CO., d/b/a
LAKESHORE LEARNING MATERIALS,
        Defendant(s).
------------------------------------------------------X
STATE OF CALIFORNIA    )
                                S.S.:
COUNTY OF               )

    Armando Lopez    , being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

    That on the 18TH day of July, 2008, at approximately the time of 10:56am deponent served a true copy of the SUMMONS, COMPLAINT, RULE 7.1 STATEMENT, JUDGES RULES, MAGISTRATES RULES AND ELECTRONIC CASE FILING RULES & INSTRUCTIONS upon Lakeshore Equipment Co., d/b/a Lakeshore Learning Materials at 2695 E. Dominguez Street, Carson, California 90810, by personally delivering and leaving the same with Grace Martinez who informed deponent that she holds the position of Payroll Manager with that company and is authorized by law to receive service at that address.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com



## Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

Grace Martinez is a Hispanic female, approximately 40 years of age, stands approximately 5 feet 2 inches tall, weighs approximately 150 pounds with Brown hair.

_____
PROCESS SERVER
Armando Lopez

Sworn to before me this
___ day of July, 2008

_____
NOTARY PUBLIC

JHA'NEE MARLENE CARTER
COMM. #1743388
Notary Public · California
Los Angeles County
My Comm. Expires May 4, 2011

State of California, County of Los Angeles
Subscribed and sworn to (or affirmed) before me on this 14th day of August, 2008, by Armando Lopez personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature: _____

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com