USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-28-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BATTAT INCORPORATED,

       Plaintiff and Counterclaim-
       Defendant,

       v.

LAKESHORE EQUIPMENT CO., d/b/a
LAKESHORE LEARNING MATERIALS,

       Defendant and Counterclaim-
       Plaintiff.

CASE NO. 08 CIV 6408 RMB

**ORDER FOR ADMISSION *PRO HAC VICE*
ON WRITTEN MOTION**

Upon the motion of Jane G. Stevens, attorney for Defendant and Counterclaim-Plaintiff

Lakeshore Equipment Co., d/b/a Lakeshore Learning Materials ("Lakeshore") in the above-

captioned action, and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

       Karin G. Pagnanelli, Esq.
       Mitchell Silberberg & Knupp LLP
       11377 W. Olympic Blvd.
       Los Angeles, CA 90064
       Tel: 310-312-3746
       Fax: 310-312-3786
       Email: kgp@msk.com

is admitted to practice pro hac vice as counsel for Lakeshore in the above-captioned case in the

United States District Court for the Southern District of New York. All attorneys appearing

before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall

forward the pro hac vice fee to the Clerk of the Court.

Dated: **August 28**, 2008
       New York, New York

_Richard M. Berman_

       Honorable Richard M. Berman
       United States District Court Judge

15290.1