UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-29-2008

| | |
|---|---|
| BATTAT INCORPORATED, | CASE NO. 08 CIV 6408 RMB |
| Plaintiff and Counterclaim-Defendant, | |
| v. | ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION |
| LAKESHORE EQUIPMENT CO., d/b/a LAKESHORE LEARNING MATERIALS, | |
| Defendant and Counterclaim-Plaintiff. | |

Upon the motion of Jane G. Stevens, attorney for Defendant and Counterclaim-Plaintiff Lakeshore Equipment Co., d/b/a Lakeshore Learning Materials ("Lakeshore") in the above-captioned action, and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

Betsy A. Zedek, Esq.
Mitchell Silberberg & Knupp LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90064
Tel: 310-312-3235
Fax: 310-231-8435
Email: baz@msk.com

is admitted to practice pro hac vice as counsel for Lakeshore in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: **August 28**, 2008
New York, New York

_Richard M. Berman_
Honorable Richard M. Berman
United States District Court Judge

1925263.1